UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|    *Plaintiff* ) | |
| ) | NO. 1:09-CR-20 |
| v. ) | *Collier/Carter* |
| ) | |
| JIMMY L. GODDARD ) | |
|    *Defendant* ) | |

## **O R D E R**

On March 31, 2009, Magistrate Judge William B. Mitchell Carter filed a Report and Recommendation recommending (a) the Court accept Defendant Jimmy L. Goddard's ("Defendant") plea of guilty to the Two Count Bill of Information , (b) the Court adjudicate Defendant guilty of the charges set forth in the Two Count Bill of Information; and (c) Defendant shall remain on bond pending sentencing in this matter (Court File No. 4). Neither party filed an objection. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Court File No. 4) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

    (1) Defendant's plea of guilty to the Two Count Bill of Information is **ACCEPTED**;

    (2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in the Two Count Bill of Information; and

    (3) Defendant **SHALL REMAIN ON BOND** pending sentencing on **Thursday, October 22, 2009, at 9:00 am**.

SO ORDERED.

ENTER:

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**